ALYCE GAINES JOHNSON SPECIAL TRUST, Plaintiff–Appellant

v.

EL PASO E & P COMPANY, L.P.; Crystal E & P Company, L.P., Defendants–Appellees.

No. 11–30259
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 22, 2011.

Robert Ashley Jahnke, Esq., Shreveport, LA, for Plaintiff–Appellant.

Joseph L. Shea, Jr., Frank John Reeks, Jr., Esq., Katherine Yolanne Smith, Esq., Bradley, Murchison, Kelly & Shea, L.L.C., Shreveport, LA, for Defendants–Appellees.

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given by that court in its ruling dated February 24, 2011, 773 F.Supp.2d 640.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.